# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



**James L. Corpening, Jr.**
**Chief U.S. Probation Officer**

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8678
Fax: 919-861-5555

**DATE:** October 23, 2017

**FROM:** Taylor R. O'Neil
U.S. Probation Officer

**SUBJECT:** JOHNSON, Joshua C.
Case No.: 5:17-MJ-1749-1
**Request for Early Termination**

**TO:** Robert T. Numbers II
U.S. Magistrate Judge

On September 06, 2017, pursuant to a guilty plea to Driving While Impaired Level 5, Joshua C. Johnson appeared in United States Magistrate Court for the Eastern District of North Carolina, and was sentenced to 12 months probation.

Mr. Johnson has performed exemplary and efficiently on supervision. He has satisfied his monetary obligations and has successfully completed his community service hours and DWI treatment. Mr. Johnson has achieved this in just one month of supervision. Mr. Johnson is currently active in the United States Navy and is attending a boot camp at Camp Lejeune as a condition of his Physician Assistant School through the military. Upon completion of boot camp, Mr. Johnson will be stationed in Hawaii and deployed across seas from there. The United States Navy is fully aware of the current legal standings but has chosen to not implement any punitive action so as to not disturb Mr. Johnson's schooling and his otherwise impeccable record. Mr. Johnson has been courteous and cooperative during my time with him.

In light of Mr. Johnson's positive adjustment to supervision, it is recommended that his supervision be terminated. The U.S. Attorney's Office voiced no objection to early termination. Should you concur, a Report and Order Terminating Supervision has been enclosed for the court's use.

If you have any concerns or questions regarding this matter, I can be reached at (919) 861-8698.

Sincerely,

/s/Taylor R. O'Neil
Taylor R. O'Neil
U.S. Probation Officer

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

                 v.               Crim. No. 5:17-MJ-1749-1

**JOSHUA C. JOHNSON**

      On September 06, 2017, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                           I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller                              /s/ Taylor R. O'Neil  
Jeffrey L. Keller                                   Taylor R. O'Neil  
Supervising U.S. Probation Officer         U.S. Probation Officer  
                                                      310 New Bern Avenue, Room 610  
                                                      Raleigh, NC 27601-1441  
                                                      Phone:  
                                                      Executed On: October 23, 2017

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this _____ day of _____, 2017.

                                                      Robert T. Numbers, II  
                                                      U.S. Magistrate Judge